IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Denise Joan Murphy Buchanan, | NO. C 09-04813 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's December 20, 2010 Order Granting Plaintiff's Motion for Summary Judgment; Denying Defendant's Motion for Summary Judgment, judgment is entered in favor of Plaintiff Denise Joan Murphy Buchanan, against the Commissioner of Social Security.

Plaintiff is awarded fees and costs. See 42 U.S.C. § 406(b).

The Clerk shall close this file.

Dated: December 20, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sandra Lorena Rocca srocca@rolmlaw.com
Theophous H Reagans theophous.reagans@ssa.gov

**Dated: December 20, 2010**          **Richard W. Wieking, Clerk**

                                                     **By:      /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

United States District Court
For the Northern District of California