IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Denise Joan Murphy Buchanan, | NO. C 09-04813 JW |
| Plaintiff,<br>v. | **ORDER GRANTING UNOPPOSED MOTION FOR RELIEF** |
| Michael Astrue, Comm'r of Social Security, | |
| Defendant. | |

Presently before the Court is Defendant's Unopposed Motion for Relief.[1] Defendant requests that the Court revise its April 4, 2011 Order[2] granting Plaintiff's Motion for Attorney Fees to: (1) clarify that the total fee award is in the amount of $1,569.50, and (2) state that the fee award is payable to Plaintiff, not Plaintiff's counsel. (Motion at 3.) Defendant states that Plaintiff has agreed to both revisions. (Id.)

In a case brought under the Equal Access to Justice Act, a court "shall award to a prevailing party . . . fees and other expenses," unless the court finds that the position of the United States was "substantially justified." 28 U.S.C. § 2412(d)(1)(A). "[F]ees and other expenses" awarded to a "prevailing party" under Section 2412(d) are payable to the litigant, and not to the litigant's attorney. Astrue v. Ratliff, 130 S. Ct. 2521, 2524, 2526-27 (2010).

---

[1] (Memorandum in Support of Unopposed Motion for Relief Under Fed. R. Civ. P. 60(b)(1), hereafter, "Motion," Docket Item No. 16.)

[2] (Order Granting Plaintiff's Motion for Attorney Fees, hereafter, "April 4, 2011 Order," Docket Item No. 15.)

Upon review, the Court finds good cause to GRANT the motion and modify its April 4, 2011 Order as follows: Plaintiff is awarded attorney fees pursuant to 28 U.S.C. § 2412(d)(1)(A) in the amount of $1,569.50. The fees shall be awarded and made payable to Plaintiff. Defendant shall make such payment on or before **September 2, 2011**.

Dated: August 4, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sandra Lorena Rocca srocca@rolmlaw.com
Theophous H Reagans theophous.reagans@ssa.gov

**Dated:  August 4, 2011**                                              **Richard W. Wieking, Clerk**

                                                       **By:      /s/ JW Chambers**
                                                                **Susan Imbriani**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California